## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Heidbreder Building Group, LLC

                                    Plaintiff,

v.                                                                   Case No.: 1:13–cv–03894
                                                                     Honorable Ruben Castillo

PJ Operations Illinois, LLC, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2013:

      MINUTE entry before Honorable Ruben Castillo:Counsel for the parties notified the Court that the parties have settled on an individual basis. The individual claims are dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation. The class claims are dismissed without prejudice. The settlement conference set for 10/4/2013 is vacated. Plaintiff's motion for class certificaion [7] is denied as moot. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.